■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL O.J. MADDEN, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered July 2, 1990, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him to a term of imprisonment of 1 to 3 years, to run consecutively to an unrelated 1 year term of imprisonment, unanimously affirmed.

The court was not obligated *sua sponte* to offer defendant an opportunity to withdraw his guilty plea after his arrest on an unrelated charge. Whether to permit withdrawal of a plea is, rather, a matter left to the court's discretion (CPL 220.60 [3]; *see, People v Miller,* 42 NY2d 946). No abuse of discretion has been shown here, defendant having breached the conditions of the plea agreement.

In light of defendant's rearrest following his plea *(see, People v Harrison,* 161 AD2d 550, *lv denied* 76 NY2d 858) and his extensive criminal history, the sentence was neither harsh nor excessive. Concur—Rosenberger, J. P., Asch, Kassal and Rubin, JJ.